IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-116-BO

| | | |
|---|---|---|
| TIFFANY ANN MASON,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | ORDER |
| ANDREW SAUL,<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>) | |

ORDER

This matter is before the undersigned on appeal from an adverse decision by the Commissioner denying disability benefits. The court has carefully reviewed the arguments made in support and opposition to an award of benefits. The court finds that the decision of the Administrative Law Judge is supported by substantial evidence. The Administrative Law Judge correctly weighed the evidence presented and found that the claimant could return to her past relevant work, and that her limitations were minor and non-severe and not disabling. Based on a full review of the evidence in the case and the arguments, the court finds that the ruling of the Commissioner should be affirmed in this case.

This _14_ day of September, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE