UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIFFANY MASON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:20-CV-116-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court finds that the decision of the Administrative Law Judge is supported by substantial evidence. The Administrative Law Judge correctly weighed the evidence presented and found that the claimant could return to her past relevant work, and that her limitations were minor and non-severe and not disabling. Based on a full review of the evidence in the case and the arguments, the court finds that the ruling of the Commissioner should be affirmed in this case.

**This Judgment Filed and Entered on September 15, 2021, and Copies To:**
Vaughn Stephen Clauson                                     (via CM/ECF electronic notification)
Amanda B. Gilman                                                 (via CM/ECF electronic notification)

DATE:                                                                       PETER A. MOORE, JR., CLERK
September 15, 2021                                              (By)  /s/ Nicole Sellers
                                                                                       Deputy Clerk